UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| CARLYLE TOWNHOME ASSOCIATION, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:18 CV 724 CDP |
| | ) | |
| PHILADELPHIA INDEMNITY | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## INITIAL CASE MANAGEMENT ORDER - TRACK 2: STANDARD

As discussed with counsel at the Rule 16 Conference held on August 10, 2018.

**IT IS HEREBY ORDERED** that the following schedule shall apply to the initial phase of this case:

1. This case has been assigned to Track 2 (Standard).

2. The parties shall make all disclosures required by Rule 26(a)(1), Fed. R. Civ. P., no later than **August 24, 2018**.

3. Plaintiff shall file a motion to compel appraisal and memorandum in support of that motion no later than **September 7, 2018**.  Defendant shall file its opposition no later than **September 21, 2018**.  Plaintiff shall file any reply brief no later than **September 28, 2018**.

4. Unless the parties agree otherwise, no additional discovery will take place until the Court rules on the motion to compel, but the Court encourages the parties to continue to exchange information and, if they agree, engage in any discovery that they believe will expedite resolution of this matter.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 10th day of August, 2018.